**FILED**
CLERK, U.S. DISTRICT COURT

9/26/2019

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VALENTINE IRO, et al.,<br><br>    Defendants. | No. 2:19-CR-00380-FMO<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 4-14-2020** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 24, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as to defendants VALENTINE IRO (1); CHUKWUDI CHRISTOGUNUS IGBOKWE (2); IZUCHUKWU KINGSLEY UMEJESI (4); ADEGOKE MOSES OGUNGBE (5); TITYAYE MARINA MANSBANGURA (7); CHUKWUDI COLLINS AJAEZE (8); EKENE AUGUSTINE EKECHUKWU (9); COLLINS NNAEMEKA OJIMBA (11); GEORGE

UGOCHUKWU EGWUMBA (27); CHIJIOKE CHUKWUMA ISAMADE (43); VICTOR IFEANYI CHUKWU (56); CHIDI EMMANUEL MEGWA (57); MUNACHISO KYRIAN UKACHUKWU (67); and NWANNEBUIKE OSMUND (68).

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (iv) the case is so unusual and complex due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself; and (v) this trial date represents a reasonable period of delay when the defendants are joined for trial, the time for trial has not run as to any defendant, and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from the trial dates previously listed in the prior Case Management Orders (ECF Nos. 368, 416, and 432) to April 14, 2020.  Additionally, the dates set forth in the Court's Complex Case Management Order, contemporaneously filed herewith, shall control.

2.   The time period of the trial dates previously listed in the prior Case Management Orders to April 14, 2020, inclusive, is excluded in computing the time within which the trial must commence,

pursuant to 18 U.S.C. §§ 3161 (h)(6), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. Defendants on bond shall appear in Courtroom 6D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 14, 2020 at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 26, 2019            /s/
DATE                          FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE


Presented by:

   /s/
ANIL J. ANTONY
Assistant United States Attorney

3